| | |
|---|---|
| 1  CAROL C. LAM<br>   United States Attorney<br>2  REBEKAH W. YOUNG<br>   Assistant United States Attorney<br>3  California State Bar No. 214859<br>   United States Attorney's Office<br>4  Federal Office Building<br>   880 Front Street, Room 6293<br>5  San Diego, California 92101<br>   Telephone: (619) 557-7179 | **FILED**<br>SEP 1 9 2006<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _EF_  DEPUTY |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>HECTOR RAMIREZ-MALDONADO,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Magistrate Case No. 06MG8690<br>06CR2046-H<br><br>**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON**<br><br>(Pre-Indictment Fast-Track Program) |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and Rebekah W. Young, Assistant United States Attorney, and defendant HECTOR RAMIREZ-MALDONADO, by and through and with the advice and consent of defense counsel, Joan Kerry Bader, Esq., that:

    1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II).

//
//

    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **October 6, 2006**.

    4.    The material witnesses, Reynaldo Martinez-Valencia, Arturo Quintero-Luna and Andres Jimenez-Mendoza, in this case:

        a.    Are aliens with no lawful right to enter or remain in the United States;

        b.    Entered or attempted to enter the United States illegally on or about September 5, 2006;

        c.    Were found in a vehicle driven by defendant near Calexico, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

        d.    Were paying $1,400-$1,800 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

        e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

    5.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

        b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Hector Ramirez-Maldonado    2    06MG8690

1  c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),
2  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted
3  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
4  waives the right to confront and cross-examine the material witness(es) in this case.

5  6. By signing this stipulation and joint motion, defendant certifies that defendant has
6  read it (or that it has been read to defendant in defendant's native language). Defendant certifies
7  further that defendant has discussed the terms of this stipulation and joint motion with defense
8  counsel and fully understands its meaning and effect.

9  Based on the foregoing, the parties jointly move the stipulation into evidence and for the
10 immediate release and remand of the above-named material witness(es) to the Department of
11 Homeland Security for return to their country of origin.

12 It is STIPULATED AND AGREED this date.

Respectfully submitted,

CAROL C. LAM
United States Attorney

Dated: 9-19-06

REBEKAH W. YOUNG
Assistant United States Attorney

Dated: September 10, 2006

JOAN KERRY BADER
Defense Counsel for RAMIREZ-MALDONADO

Dated: September 10, 2006

HECTOR RAMIREZ-MALDONADO
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Hector Ramirez-Maldonado                3                              06MG8690

1 **ORDER**

2 Upon joint application and motion of the parties, and for good cause shown,

3 **THE STIPULATION** is admitted into evidence, and,

4 **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5 forthwith to the Department of Homeland Security for return to their country of origin.

6 **SO ORDERED.**

7 Dated: 9-19-06

United States Magistrate Judge

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Hector Ramirez-Maldonado     4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 06CR2046 H |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| ) | |
| Hector Ramirez Maldonado ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Aldirs Jimenez Mendoza

DATED: 9/19/06

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk
CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Hector Ramirez-Maldonado <br> Defendant(s) | CRIMINAL NO. 06CR2046-H <br> 06mg8690 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Reynaldo Martinez-Valencia

DATED: 9/19/06

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Hector Ramirez-Maldonado ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 06CR2046-H <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Arturo Quintero-Luna

DATED: 9/19/06

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____         OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _J. Florez_
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082